Benesch, Friedlander, Coplan & Aronoff LLP
By:   Kevin M. Capuzzi (NJ No. 173442015)
       Noelle B. Torrice (NJ No. 079132013)
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Defendant Lexmark Carpet Mills, Inc., d/b/a Tarkett Hospitality*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT JORDAN INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEXMARK CARPET MILLS, INC., d/b/a TARKETT HOSPITALITY,<br><br>Defendants. | Civil Action No.: 3:22-cv-06551-ZNQ-DEA |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. BEDELL

Pursuant to D.N.J. L.Civ.R. 101.1 and the attached certification, counsel moves the admission *pro hac vice* of James R. Bedell of Benesch, Friedlander, Coplan & Aronoff LLP to represent Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality.

[*Signature Block on the Following Page*.]

Dated: December 15, 2022    **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: _/s/ Noelle B. Torrice_
Kevin M. Capuzzi (NJ No. 173442015)
Noelle B. Torrice (NJ No. 07192013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality*