IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT JORDAN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXMARK CARPET MILLS, INC., d/b/a TARKETT HOSPITALITY, <br><br> Defendants. | Civil Action No.: 3:22-cv-06551-ZNQ-DEA |

**CERTIFICATION OF COUNSEL PURSUANT TO D.N.J. L.CIV.R. 101.1(c)(1)**

I, James R. Bedell, a lawyer who is not a member of the bar of this district, submits this Certification of Counsel to be Admitted to appear in this case *pro hac vice* on behalf of Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality ("Lexmark"). I further state that I will comply with the associate counsel requirements of D.N.J. L.Civ.R. 101.1 by associating with Noelle B. Torrice and Kevin M. Capuzzi, attorneys who have been admitted to the bar of this district under D.N.J. L.Civ.R. 101.1 and who have appeared in this action on behalf of Lexmark. Pursuant to D.N.J. L.Civ.R. 101.1 (c)(1), I certify the following is true and correct.

I state that I am currently admitted to practice in the following jurisdictions:

| Bar | Admission Date | Good Standing |
|---|---|---|
| State of Ohio, Bar No. 97921[1] | November 13, 2018 | Yes |
| U.S. District Court for the Northern District of Ohio | December 26, 2018 | Yes |
| U.S. District Court for the Southern District of Ohio | April 13, 2021 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | December 4, 2018 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | December 2, 2019 | Yes |

---

[1] A Certificate of Good Standing from the Supreme Court of Ohio is attached as Exhibit A.

I further state that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction in which I have practiced.

I am entering my appearance on behalf of Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality.

I agree to abide by the applicable rules of the Court.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated:  December 15, 2022

/s/ James R. Bedell
James R. Bedell (OH 97921)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  jbedell@beneschlaw.com