IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT JORDAN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXMARK CARPET MILLS, INC., d/b/a TARKETT HOSPITALITY, <br><br> Defendants. | Civil Action No.: 3:22-cv-06551-ZNQ-DEA |

## ORDER [PROPOSED] APPROVING MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. BEDELL

THIS MATTER having been brought before the Court on the motion of Benesch, Friedlander, Coplan & Aronof LLC, attorneys for Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality, for entry of an Order allowing James R. Bedell to appear and participate *pro hac vice* in the above-captioned case; and the Court having considered the moving papers; and for good cause shown, pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS, this ____ day of December, 2022,

ORDERED that James R. Bedell be permitted to appear pro hac vice pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by counsel of record, Noelle D. Torrice and Kevin M. Capuzzi, attorneys of the firm Benesch, Friedlander, Coplan & Aronoff LLP, who shall be held responsible for such papers and for the conduct of the case and who shall be present before the Court during all phases of this

proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted pro hac vice pursuant to this Order; and it is further

ORDERED James R. Bedell shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2; and it is further

ORDERED James R. Bedell shall pay to the Clerk of the Court the admission fee due to this District; and it is further

ORDERED that James R. Bedell shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED James R. Bedell shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

_____
Hon. Zahid N. Quraishi