IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT JORDAN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXMARK CARPET MILLS, INC., d/b/a TARKETT HOSPITALITY, <br><br> Defendants. | Civil Action No.: 3:22-cv-06551-ZNQ-DEA <br><br> Motion Date: January 17, 2023 |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. BEDELL**

PLEASE TAKE NOTICE that on a date and time to be set by the Court, counsel for Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality ("Lexmark") shall move pursuant to Local Civil Rule 101.1(c) before the Honorable Zahid N. Quraishi, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, New Jersey, for the entry of an Order admitting James R. Bedell of the law firm Benesch, Friedlander, Coplan & Aronoff LLP as counsel *pro hac vice* to assist with the representation of Lexmark in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Lexmark submits herewith the Certification of James R. Bedell as well as the supporting Certification of Noelle B. Torrice.

PLEASE TAKE FURTHER NOTICE that Plaintiff's counsel has been consulted and is unopposed to this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: December 15, 2022

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Noelle B. Torrice*
Kevin M. Capuzzi (NJ No. 173442015)
Noelle B. Torrice (NJ No. 07192013)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com
ntorrice@beneschlaw.com

*Attorneys for Defendant Lexmark Carpet Mills, Inc. d/b/a Tarkett Hospitality*